# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

```
- ----------------------------------------------------------- x
NICOLE DAVIS, on behalf of herself and all       :      Case no. 1:25-cv-15348
others similarly situated,                        :
                                                  :
        Plaintiffs,                               :
                                                  :      NOTICE OF VOLUNTARY
        v.                                               DISMISSAL WITH PREJUDICE
                                                  :
Cozy Comfort Company, LLC,                        :
                                                  :
        Defendant.                                :
                                                  :
                                                  :
                                                  :
                                                  :
- ----------------------------------------------------------- x
```

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: April 1, 2026

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (718) 554-0237
Email: Dreyes@ealg.law